Exhibit B

Exhibit B

# Invoice

**GOLDEN CUSTOMS INC**
760 rt 284
Westtown, NY 10998

| Date | Invoice # |
|---|---|
| 9/7/2009 | 952 |

PAID 09/07/2009

**Bill To**

Diego Fernandez
15 S hamilton St
Poughkeepsie NY 12601

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Custom build 1962 impala SS vin# 21847s315445) | 120,000.00 | 120,000.00 |
|  | Labor Build details : | | |
|  | 1- Disassembled complete car down to bare frame . | | |
|  | 2- Shaved complete framed and painted lime green with custom murals . | | |
|  | 3- reinforced engraved and Install new caprice complete front spindles. | | |
|  | 4- Extended upper controls arms 2" . | | |
|  | 5- Fabricated custom aluminum engraved panels for hood ,trunk ,undercarriage and top of radiator support.. | | |
|  | 6- Fabricated custom wishbone with ss logo. | | |
|  | 7- Reinforced new Toyota rear with new long trailing arms . | | |
|  | 8- Removed all bumpers ,brackets ,bolts and engine parts for engraving and chroming . | | |
|  | 9- Painted new engine & tranny with candy lime green pearl. | | |
|  | 10- Painted custom murals on complete roof . | | |
|  | 11- Painted custom murals on both rear skirts . | | |
|  | 12- painted patterns on both rear wheel wells . | | |
|  | 13- Painted and pinstriped all wire wheels . | | |
|  | 14- Engraved spinners with familia cc logo. | | |
|  | 15- Re assembled complete car after all parts were engraved and triple plated chromed. | | |
|  | Labor to disassembled & reassembled complete car including all labor for custom paint work. $120,000.00 | | |
|  | New 350 engine and tranny | 5,250.00 | 5,250.00 |
|  | Cost to Triple plated chrome complete undercarriage front to back including all engine parts . | 25,000.00 | 25,000.00 |
|  | all misc shop supplies and parts needed | 1,500.00 | 1,500.00 |

**Total** $151,750.00

# Invoice

**GOLDEN CUSTOMS INC**
760 rt 284
Westtown, NY 10998

*PAID 10/05/2013*

| Date | Invoice # |
|---|---|
| 10/5/2013 | 13645 |

**Bill To**

Diego Fernandez
15 S hamilton St
Poughkeepsie NY 12601

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | (1962 impala ss vin# 21847s315445) | 65,000.00 | 65,000.00 |
|  | New interior details: |  |  |
|  | 1-Removed complete interior. |  |  |
|  | 2- Engraved all interior trim . |  |  |
|  | 3- Painted floors with epoxy. |  |  |
|  | 4- Installed new carpet . |  |  |
|  | 5- built new center console . |  |  |
|  | 6- Custom reupholster with suede inserts all seats ,roof and all all paneling on complete interior. |  |  |
|  | 7-Re installed all new interior . |  |  |
|  | Trunk details ; |  |  |
|  | 1-Fabricated complete custom molded trunk out of fiberglass . |  |  |
|  | 2- Installed 3 new black magic hydraulics pumps. |  |  |
|  | 3- Custom engraved glass with 62 logo on top of batteries boxes. |  |  |
|  | 4- Install 4 new kicker amps and two subs . |  |  |
|  | 5- Re wired all hydros and sound system . |  |  |
|  | 6- Install 8 new 31 series batteries and painted custom lime green. |  |  |
|  | Total labor cost for new interior and trunk 65,000 |  |  |
|  | Total parts cost $6500.00 | 6,500.00 | 6,500.00 |

| Total | $71,500.00 |
|---|---|