USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/18

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

DIEGO B. FERNANDEZ,

                Plaintiff,

-against-

PHILADELPHIA INDEMNITY INSURANCE
COMPANY,
                Defendant.
-----------------------------------------------------------X

16 CIVIL 2533 (JCM)

**JUDGMENT**

Defendant having moved for summary judgment and Plaintiff having filed a cross-motion for summary judgment, and the matter having come before the Honorable Judith C. McCarthy, United States Magistrate Judge, and the Court, on January 19, 2018, having rendered its Opinion and Order granting Defendant's motion for summary judgment and denying Plaintiff's cross-motion; and directing the Clerk to close the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 19, 2018, Defendant's motion for summary judgment is granted and Plaintiff's cross-motion is denied; accordingly, the case is closed.

**Dated:** New York, New York
       January 22, 2018

                                              **RUBY J. KRAJICK**
                                                Clerk of Court
                             BY:
                                                    **Deputy Clerk**